DEBRA W YANG
United States Attorney
JACQUELINE CHOOLJIAN
Assistant United States Attorney
Chief, Criminal Division
ALKA SAGAR
Assistant United States Attorney
Deputy Chief, Major Frauds Section
State Bar Number 115860
Telephone   (213) 894-6223
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. ED CV 02-179-RT |
| | ) | ED CR 96-6(A)-RT |
| Plaintiff-Respondent, | ) | |
| | ) | (Proposed) |
| v | ) | |
| | ) | ORDER DENYING PETITIONER'S |
| CALVIN THOMAS, | ) | MOTION TO VACATE, SET ASIDE |
| | ) | OR CORRECT SENTENCE PURSUANT |
| Defendant-Petitioner | ) | TO 28 U S C § 2255 |

   On January 31, 2003, an evidentiary hearing on Petitioner's third claim in his motion to vacate, set aside or correct sentence, pursuant to 28 U S C § 2255, was held  Petitioner was represented by attorney Danuta Tuszynska and the government was represented by Assistant United States Attorney, Alka Sagar

   Attorney John Aquilina and Petitioner Calvin Thomas were sworn and testified to matters relating to defendant's third claim, that is, defendant's claim that his counsel's failure to advise him of his right to testify at trial constituted ineffective assistance of counsel  The Court, having heard the

testimony of Mr Aquilina and Mr Thomas, and having reviewed and considered the pleadings filed by the parties and the arguments of counsel at the hearing, DENIES defendant's third claim of ineffective assistance of counsel

The Court's ruling is based on the Court's finding that the testimony of Mr Aquilina and the declaration of Mr Aquilina is entitled to greater credibility that the testimony of Mr Thomas The Court finds that Mr Aquilina informed defendant of his right to testify at trial, both prior to trial and during the trial and further advised Mr Thomas that he should not testify The Court finds, under the totality of the circumstances in this particular case, that Mr Aquilina's advice to Mr Thomas did not constitute ineffective assistance of counsel and did not fall below an objective standard of reasonableness The Court further finds that even if Mr Aquilina did not properly inform Mr Thomas of his right to testify or improperly advised him not to testify at the trial, such action would not, under the totality of the circumstances of this case, have caused a different result in these proceedings, that is, the jury would not have returned a different verdict than the guilty verdict which was reached The Court further finds that Mr Aquilina's representation of Mr Thomas during the trial of this case did not constitute ineffective representation of counsel

The Court, having previously denied defendant's first, second, fourth and fifth claims in his motion to vacate, set aside or correct sentence, permitted defendant to request a reconsideration of his first and fifth claims After hearing

1 arguments from counsel and having reviewed the papers filed by
2 the parties, the Court DENIES defendant's first claim, which
3 challenges his counsel's failure to interview potential alibi
4 witnesses, and DENIES defendant's fifth claim, which challenges
5 his counsel's failure to argue that the gun charges be dismissed
6 for lack of jurisdiction  The Court finds that defendant's
7 motion for reconsideration as to his first and fifth claims do
8 not meet the standards set forth in local rule 7-16

IT IS SO ORDERED

DATED   March 20, 2003

_____
HONORABLE ROBERT J  TIMLIN
United States District Judge

Presented by

_____
Alka Sagar
Assistant U S  Attorney

Approved by

_____
Danuta Tuszynska
Counsel for Defendant-Petitioner
Calvin Thomas

3

## CERTIFICATE OF SERVICE

I, **Donna Uy-Barreta**, declare

That I am a citizen of the United States and resident or employed in Los Angeles County, California, that my business address is the Office of the United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California, 90012, that I am over the age of eighteen years, and am not a party to the above-entitled action

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of **ORDER DENYING PETITIONER'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255**

**Service was:**

[] Placed in a closed envelope, for collection and interoffice delivery addressed as follows

[X] Placed in a sealed envelope, for collection and mailing via United States Mail, addressed as follows

**Calvin Thomas (Reg. #06709-112)**
**U.S. Penitentiary-Lompoc**
**3901 Klein Boulevard**
**Lompoc, California 93436**

**Danuta W. Tuszynska, Esq.**
**Law Offices of Danuta W. Tuszynska**
**3993 Market Street**
**Riverside, California 92501**

[] By hand deliver addressed as follows

[ ] By facsimile as follows

[] By messenger as follows

[] By federal express as follows

I certify under penalty of perjury that the foregoing is true and correct. This certificate is executed on **March 19, 2003**, in Los Angeles, California

_Donna Uy-Barreta_